JOSEPH HAMERSCHLAG et al., Appellants, *v.* OSCAR DURYEA, Respondent.

*Hamershlag* v. *Duryea*, 58 App. Div. 288, affirmed.
(Argued October 10, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1901, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Edward E. Sprague* and *William H. Stockwell* for appellants.

*Wilson M. Powell, John L. Cadwalader* and *Elbridge G. Duval* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Not voting : VANN, J.

---

JAMES GARNER WEST, Respondent, *v.* WILLIAM P. BANIGAN et al., Appellants.

*West* v. *Banigan*, 51 App. Div. 328, affirmed.
(Argued October 13, 1902; decided October 28, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Arthur S. Tompkins* and *Richard S. Harvey* for appellants.

*A. H. F. Seeger* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, CULLEN and WERNER, JJ.